THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Quincy Cobb, Appellant.
 
 
 

Appeal From Dorchester County
  James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-277
Submitted May 1, 2009  Filed June 3, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and David M. Pascoe, Jr., of Orangeburg, for Respondent.
 
 
 

PER CURIAM: Quincy
 Cobb appeals his guilty pleas and
 sentences for first degree burglary and armed robbery, arguing his plea was
 involuntary because the plea court never advised him of the minimum sentence.  After a thorough review of the record
 and counsel's brief, pursuant to Anders v. California, 386 U.S. 738
 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.